**George GLADIS and Mary Gladis, Plaintiffs–Appellants,**

**v.**

**J. Frederic COHEN, Vera F. Cohen, Scott M. Cohen, Donald J. Cohen, Norman Cohen, Michelle Cohen, Individually, Frederic Cohen Living Trust, By J. Frederic Cohen, Trustee, Vera F. Cohen Living Trust, By Vera F. Cohen, Trustee, Great Plains Investment Company and Ellisville Investments, Defendants–Respondents.**

No. 63448.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 23, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 1995.

Application to Transfer Denied
Sept. 19, 1995.

William J. O'Herin, Florissant, for appellant.

Richard R. Vouga, Lori F. Zavack, Goldstein & Vouga, St. Louis, for respondent.

Before AHRENS, P.J., and KAROHL and DOWD, JJ.

*ORDER*

PER CURIAM.

Plaintiffs appeal the trial court's judgment denying plaintiffs relief on their claims for breach of fiduciary duty and fraudulent misrepresentation.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).